987 A.2d 1215

**James GREEN, Appellant**

v.

**COMMONWEALTH of Pennsylvania, Pennsylvania Board of Probation and Parole, Appellee.**

Supreme Court of Pennsylvania.

Feb. 16, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of February, 2010, the order of the Commonwealth Court is AFFIRMED.